IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-03036-WJM-KLM

CARLOS SABADOS,

    Plaintiff,

v.

BIOMET, INC., and
BIOMET ORTHOPEDICS, LLC,

    Defendants.
_____

FINAL JUDGMENT
_____

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order (ECF No. 9) Making the Order to Show Cause Absolute and Dismissing Case Without Prejudice, entered by the Honorable William J. Martínez, United States District Judge, on December 5, 2012,

    IT IS ORDERED that the Court's Order to Show Cause is MADE ABSOLUTE and the above-captioned action is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).

    DATED at Denver, Colorado this  5th  day of December, 2012.

                                      FOR THE COURT:

                                      JEFFREY P. COLWELL, CLERK


                                      By: s/ Edward P. Butler
                                      Edward P. Butler,
                                      Deputy Clerk